IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLISON MAURER | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-1823 |
| | : | |
| METLIFE, INC., et al. | : | |

## ORDER

**AND NOW**, this 15th day of December 2016, upon consideration of the parties' attached Consent Order of dismissal, it is **ORDERED** this action is **DISMISSED with prejudice** and without attorneys' fees or costs assigned to the parties and after **January 16, 2017**, the Court shall retain jurisdiction only upon a showing of personal and subject matter jurisdiction.

_____
KEARNEY, J.

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
Attorneys for Defendants, MetLife, Inc. and
Metropolitan Life Insurance Company

By: /s/ Randi E. Knepper
    Randi E. Knepper, Esq.

| | |
|---|---|
| ALLISON MAURER, Individually, and in her capacity as Power of Attorney for Alan F. McGovern, and as Executrix of the Estate of Alan F. McGovern, deceased 114 Berry Lane, Feasterville, PA 19053, <br><br> Plaintiff, <br><br> vs. <br><br> METLIFE, INC., and METROPOLITAN LIFE INSURANCE COMPANY d/b/a METLIFE 200 Park Avenue New York City, NY 10166 <br><br> Defendants. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA <br><br> Civil Action No.: 2:16-cv-1823-MAK |

## CIVIL ACTION – CONSENT ORDER OF DISMISSAL

THIS MATTER having been opened to the Court upon the application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendants, MetLife, Inc., and Metropolitan Life Insurance Company, and Musi, Malone & Daubenberger, LLP, attorneys for plaintiff, Allison Maurer, Individually and in her Capacity as Power of Attorney for Alan F. McGovern and as Executrix of the Estate of Alan F. McGovern, and the Court having reviewed all pleadings

and proceedings in this matter, having noted the consent of counsel and finding good cause existing for the entry of the within Order;

IT IS on this ____ day of _____, 2016

**ORDERED** that this civil action be and the same hereby is dismissed with prejudice and without attorneys' fees or costs assigned to the parties; and be it further

**ORDERED** that the Court shall retain jurisdiction limited to any action or proceeding brought by any party seeking to enforce the terms and provisions of the settlement between the parties.

_____
HON. MARK A. KEARNEY, U.S.D.J.

**The undersigned attorneys hereby consent to the form, content and entry of the within Order:**

| | |
|---|---|
| MUSI, MALONE & DAUBENBERGER, LLP<br>Attorneys for Plaintiff,<br>Allison Maurer, Individually and in her Capacity as Power of Attorney for Alan F. McGovern and as Executrix of the Estate of Alan F. McGovern | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>Attorneys for Defendants,<br>MetLife, Inc. and Metropolitan Life Insurance Company |
| By: _____<br>Thomas A. Musi, Esq. | By: _____<br>Randi F. Knepper, Esq. |

3199301_1

2